PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Marisa McCollough

Crim. No. 4:16cr3091

On June 6, 2016 the above named began a term of supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Michelle L. McNamara
*U.S. Probation and Pretrial Services Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 18th day of August, 20 17.

*United States District Judge*